IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES O'DONNELL AND ANN
O'DONNELL,

      Petitioners,

v.

UNIVERSAL PROPERTY AND
CASUALTY COMPANY,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3964

Opinion filed September 19, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Gary A. Shipman and William E. Whitney, of Dunlap & Shipman, P.A., Santa Rosa
Beach, for Petitioners.

No appearance for Respondent.

PER CURIAM.

      The petition for writ of certiorari, filed on September 2, 2014, is denied.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.